**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALEXIS RAESHAUN BELL,         )    NO. CV 14-6239-SJO(E)
                          )
        Plaintiff,    )
                          )
     v.               )    **ORDER ACCEPTING FINDINGS,**
                          )
CAROLYN W. COLVIN,       )    **CONCLUSIONS AND RECOMMENDATIONS**
COMMISSIONER OF THE SOCIAL   )
SECURITY ADMINISTRATION,   )    **OF UNITED STATES MAGISTRATE JUDGE**
                          )
        Defendant.    )
_____)

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that: (1) Plaintiff's motion for remand is denied; (2) Defendant's motion for affirmance is granted; and (3) Judgment shall be entered in favor of Defendant.

///

1    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy

2    of this Order, the Magistrate Judge's Report and Recommendation and

3    the Judgment on Plaintiff and on the United States Attorney for the

4    Central District of California.

5

6       DATED: May 15, 2015.

7

8                                           *S. James Otero*

9                          _____

10                                   S. JAMES OTERO
                               UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28